IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DELARS F. BENOMAN, SR.**                                                          **PLAINTIFF**

**VERSUS**                                      **CIVIL ACTION NO.  4:08-cv-50-DPJ-JCS**

**LAUDERDALE COUNTY DETENTION**
**FACILITY MEDICAL STAFF**                                                **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed, without prejudice, for failure to comply with the orders of this Court.

**SO ORDERED AND ADJUDGED** this the 16th day of September, 2008.

                                                    s/ *Daniel P. Jordan III*
                                                    UNITED STATES DISTRICT JUDGE